Kennedy Edwards  E-54444
CSP-Solano  13-N-5U
P.O. Box 4000
Vacaville, CA 95696-4000

July 21, 2008

**FILED**

JUL 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Richard W. Wieking, Clerk of Court
U.S. District Court
Northern District of California
Golden Gate Avenue
San Francisco, CA 94102

Re: No. CV-08-3217 SBA

CASE TRANSFERRED FROM
EASTERN DISTRICT

Dear sir:

I received notice from this court that the above referenced case has been transferred from the Eastern District Court. The notice also advised there is a $5.00 filing fee. I submitted a request to the Inmate Trust Office on July 15, 2008 to forward a state check from my Trust Account to pay the cost of filing.

However, there was no explanation as to why the case was transferred from the Eastern District as I have been given to understand the Eastern District is the judicial district having jurisdiction of Solano County. Would you please clear up this apparent discrepancy? Your response will allow me to learn of the status of my case.

Your kind attention to this matter is greatly appreciated.

Sincerely,

Kennedy Edwards

KENNEDY EDWARDS
E-54444  13-N-5-4P
CSP-Solano  P.O. Box 4000
Vacaville, CA 95696-4000

LEGAL MAIL

SACRAMENTO CA 957
22 JUL 2008  PM 5 L

OFFICE OF THE CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

94102+3432 C004

Case 4:08-cv-03217-SBA     Document 3     Filed 07/23/2008     Page 3 of 3